

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21402-CIV-WILLIAMS/GOODMAN

UNITED STATES OF AMERICA &
STATE OF FLORIDA
*ex rel.* AMBER BOONE,

    Plaintiffs,

v.

ALL HEART PHARMACY INC., UPTOWN
DRUGS PHARMACY, A/K/A AMERICO RX
LLC, RASHA SHENODA, MED SOLUTIONS
PHARMACY, INC., MED-CARE PHARMACY,
A/K/A MED-CARE MEDICAL, INC., AKRAM
GIRGIS and AMGAD GIRGIS,

    Defendants.
_____/

FILED BY_____D.C.

JAN 29 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**FILED UNDER SEAL**

## UNITED STATES OF AMERICA AND STATE OF FLORIDA
## NOTICE OF ELECTION TO PARTIALLY INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4) and the Florida False Claims Act, Florida Statutes § 68.083(6)(a), the United States and the State of Florida notify the Court that they hereby partially intervene and intend to proceed with this action against Defendants All Heart Pharmacy Inc., Rasha Shenoda, Med Solutions Pharmacy, Inc., Med-Care Pharmacy, A/K/A Med-Care Medical, Inc., Akram Girgis and Amgad Girgis. Pursuant to Federal Rule of Civil Procedure 4, the United States and the State of Florida intend to file and serve a complaint in intervention within 90 days.

The United States and State of Florida also notify the Court that they decline to intervene against Defendant Uptown Drugs Pharmacy, A/K/A Americo RX LLC ("Uptown Drugs Pharmacy"). The Relator in this action has informed the United States that it will voluntarily

dismiss its claims against Uptown Drugs Pharmacy. Pursuant to FCA, 31 U.S.C. § 3730(b)(1), the United States notifies the Court that the Attorney General consents to the dismissal of Defendant Uptown Drugs Pharmacy, based on its determination that such a dismissal is commensurate with the public interest and that the case against Defendant Uptown Drugs Pharmacy does not warrant further expenditure of resources by the United States. Pursuant to 68.083(2), the State of Florida also consents to the voluntary dismissal of Defendant Uptown Drugs Pharmacy without prejudice to the interests of the State of Florida.

The United States and State of Florida request that the case be restyled to identify as Defendants only the remaining defendants, All Heart Pharmacy Inc., Rasha Shenoda, Med Solutions Pharmacy, Inc., Med-Care Pharmacy, A/K/A Med-Care Medical, Inc., Akram Girgis and Amgad Girgis.

The United States reserves the right to seek dismissal of the Relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4). The State of Florida reserves the right to seek the dismissal of the relators' action or claim on any appropriate grounds, including under §§ 68.083(7) and 68.087(3), Florida Statutes.

The United States and State of Florida also request that the Court keep Relator's Complaint and other filings under seal until a complaint in intervention is filed. The United States and the State of Florida are currently in settlement negotiations with Defendants. In the event that the United States and the State of Florida are able to come to an agreement with Defendants to resolve this matter fully, maintaining the seal over the action during this period will avoid unnecessary dissemination of potentially confidential material.

A proposed order accompanies this notice.

Dated: January 29, 2024

Respectfully Submitted,

MARKENZY LAPOINTE
United States Attorney
Southern District of Florida

By: *Rosaline Chan*
ROSALINE CHAN
Assistant United States Attorney
Fla. Bar No. 1008816
United States Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
Telephone: (305) 961-9335
Facsimile: (305) 530-7139
Email: Rosaline.Chan@usdoj.gov

*Attorneys for United States of America*

ASHLEY MOODY
Attorney General of the State of Florida

By: *[signature]*
Matthew F. Vitale
Senior Assistant Attorney General
Fla. Bar No. 0098163
Medicaid Fraud Control Unit
Complex Civil Enforcement Bureau
1300 Riverplace Boulevard
Jacksonville, Florida 32207
Tel: (904) 348-2724
Email: Matthew.Vitale@myfloridalegal.com

*Attorneys for the State of Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be filed the foregoing sealed document with the Clerk of Court on January 29, 2024. I also certify that the foregoing document is being served this day on all counsel of record identified below via e-mail.

Jeffrey W. Dickstein
Phillips & Cohen LLP
Southeast Financial Center
200 S. Biscayne Blvd. Suite 2790
Miami, FL 33131
Tel: (305) 372-5200
Email: Jdickstein@phillipsandcohen.com

Amy L. Easton
Phillips & Cohen LLP
2000 Massachusetts Ave NW
Washington DC 20036
Tel: (202) 833-4567
Email: aeaston@phillipsandcohen.com

*Counsel for Relator Amber Boone*

*/s/ Rosaline Chan*
Rosaline Chan
Assistant United States Attorney