UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21402-CIV-WILLIAMS/GOODMAN

SEALED

FILED BY _____ D.C.
MAY 07 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA and
STATE OF FLORIDA
*ex rel.* AMBER BOONE,

    Plaintiffs,

v.

**FILED UNDER SEAL**

ALL HEART PHARMACY INC., UPTOWN
DRUGS PHARMACY, A/K/A AMERICO RX
LLC, RASHA SHENODA, MED SOLUTIONS
PHARMACY, INC., MED-CARE PHARMACY,
A/K/A MED-CARE MEDICAL, INC., AKRAM
GIRGIS and AMGAD GIRGIS,

    Defendants.
_____/

**UNITED STATES' MOTION TO UNSEAL**

On January 29, 2024, the United States and the State of Florida notified the Court that they intended to partially intervene and proceed with this action against Defendants All Heart Pharmacy, Inc., Rasha Shenoda, Med Solutions Pharmacy, Inc., Med-Care Pharmacy, A/K/A Med-Care Medical, Inc., Akram Girgis and Amgad Girgis (the "Notice of Partial Intervention"). D.E. 43. In its Notice of Partial Intervention, the Government requested, and the Court subsequently granted, that the Relator's Complaint and other filings remain under seal until a complaint in intervention is filed. D.E. 43, 44.

Pursuant to the Court's Order on April 30, 2024, the United States intends to file its complaint-in-intervention tomorrow, May 8, 2024. D.E. 47. Accordingly, the United States respectfully requests that the Relator's Complaint, the Government's motions for extension of time, the United States and State of Florida's Notice of Election to Partially Intervene (DE 43);

the United States and the State of Florida's Notion for a 7 Day Enlargement of Time (DE 46), this Motion, and the Court's prior Orders be unsealed. The United States requests that all other papers on file in this action, including the United States' memorandum of law in support of its motion for extension of time and Notice of Breach of Seal, remain under seal because in discussing the context and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. Moreover, the United States' memoranda of law includes discussions of parallel investigations, including criminal investigations, and investigative techniques that the United States used in investigating this matter, and that it disclosed to the Court in showing good cause in support of its extension request. The United States has an interest in keeping this information from the public. The State of Florida and Relator concur with this request.

A proposed order accompanies this motion.

Dated: May 7, 2024

Respectfully Submitted,

MARKENZY LAPOINTE
United States Attorney
Southern District of Florida

By: *Rosaline Chan*
ROSALINE CHAN
Assistant United States Attorney
Fla. Bar No. 1008816
United States Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
Telephone: (305) 961-9335
Facsimile: (305) 530-7139
Email: Rosaline.Chan@usdoj.gov

*Attorneys for United States of America*