UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21402-CIV-WILLIAMS/GOODMAN

UNITED STATES OF AMERICA and
STATE OF FLORIDA
*ex rel*. AMBER BOONE,

    Plaintiffs,

v.

ALL HEART PHARMACY INC., UPTOWN
DRUGS PHARMACY, A/K/A AMERICO RX
LLC, RASHA SHENODA, MED SOLUTIONS
PHARMACY, INC., MED-CARE PHARMACY,
A/K/A MED-CARE MEDICAL, INC., AKRAM
GIRGIS and AMGAD GIRGIS,

    Defendants.
_____/

**FILED UNDER SEAL**

## ORDER ON MOTION TO UNSEAL

THIS MATTER is before the Court on the United States' Motion to Unseal. The United States having intervened in part and declined in part in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) [ECF No. 43], it is ORDERED AND ADJUDGED as follows:

**IT IS ORDERED** that,

1. The Relator's Complaint [ECF No. 1], the United States and State of Florida's Notice of Election to Partially Intervene [ECF No. 43], and the Court's Order thereto [ECF

No. 44], the United States and the State of Florida's Motion for a 7 Day Enlargement of Time [ECF No. 46], and the Court's Order thereto [ECF No. 47], and the United States' Motion to Unseal [ECF No. 48], and this Order be unsealed;

2. All other contents of the Court's file in this action **remain** under seal and not be made public or served upon the defendant, except for the United States' motions for extension of time (but not the memorandum of law in support of such motions), and the Court's prior Orders;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order.

**DONE AND ORDERED** in Chambers, Miami, Florida, on May 9, 2024.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

cc:   The Honorable Kathleen M. Williams
      Counsel of Record
      AUSA Rosaline Chan