UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21402-CIV-WILLIAMS/GOODMAN

UNITED STATES OF AMERICA and
STATE OF FLORIDA
*ex rel*. AMBER BOONE,

    Plaintiffs,

v.

ALL HEART PHARMACY INC.,
RASHA SHENODA, MED SOLUTIONS
PHARMACY, INC., MED-CARE PHARMACY,
A/K/A MED-CARE MEDICAL, INC., FAMILY
PHARMACY, LLC; GOODMAN DRUGS, INC. dba
PS DRUGS; MAKTINA LLC dba ST. SIMON
PHARMACY; HEALTH FIRST INFUSION, LLC;
VALUE MEDICAL SUPPLIES, INC.; AKRAM
GIRGIS and AMGAD GIRGIS,

    Defendants.
_____/

## UNITED STATES' MOTION TO UNSEAL THE COMPLAINT-IN-INTERVENTION

The United States respectfully requests that the United States' and State of Florida's Complaint-in-Intervention ("Complaint-in-Intervention") be unsealed. Pursuant to the Court's Order on April 30, 2024 (D.E. 47), the United States filed its complaint-in-intervention on May 8, 2024 under seal. D.E. 49. On May 9, 2024, the Court granted the United States' Motion to Unseal and ordered (1) the Clerk to unseal Relator's Complaint and certain of the Government's motions and the Court's Orders, thereto, and (2) that all other contents of the Court's file remain under seal. (D.E. 51). The Complaint-in-Intervention remains under seal.

The United States now requests that the Court unseal the Complaint-in-Intervention and the summons issued in connection with the Complaint-in-Intervention.

A proposed order accompanies this motion.

Dated: May 10, 2024

Respectfully Submitted,

MARKENZY LAPOINTE
United States Attorney
Southern District of Florida

By: /s Rosaline Chan
ROSALINE CHAN
Assistant United States Attorney
Fla. Bar No. 1008816
United States Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
Telephone: (305) 961-9335
Facsimile: (305) 530-7139
Email: Rosaline.Chan@usdoj.gov

*Attorneys for United States of America*