UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CV-21402 – WILLLIAMS/GOODMAN

UNITED STATES OF AMERICA and the
STATE OF FLORIDA, ex rel. AMBER
BOONE

                Plaintiffs,

vs.

ALL HEART PHARMACY INC., et al.

                Defendants.

## NOTICE OF BREACH OF SEAL

Counsel for Relator hereby notifies the Court that they inadvertently breached this Court's seal order (D.E. 51) on May 9, 2024. The breach and relevant facts are set forth below:

1. This lawsuit was filed under seal pursuant to the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3129 *et seq.* on April 12, 2019 (D.E. 1).

2. On January 29, 2024, the Government notified this Court of its election to partially intervene in Relator's lawsuit and of its intention to file a complaint-in-intervention, requesting that the seal be extended until May 1, 2024 to file its complaint. (D.E. 43).

3. The Court extended the seal until May 1, 2024 (D.E. 44), and at the request of the Government (D.E. 46), again extended the seal and the deadline for the

complaint-in-intervention to be filed until May 8, 2024 (D.E. 47).

4.  On May 7, the Government moved to unseal Relator's complaint and certain Government pleadings (D.E. 48).

5.  On May 9, 2024, this Court granted the motion (D.E. 51); the designated pleadings were unsealed by the Clerk of Court the same day (D.E. 52).

6.  On May 8, 2024 – the day between the Government's motion to unseal (D.E. 48) and this Court's order thereon (D.E. 51) – the United States filed its complaint-in-intervention under seal (D.E. 49). Counsel for defendants were served with this complaint via email as reflected on the Certificate of Service.

7.  Because the unsealing order (D.E. 51) was issued *after* the Government filed its complaint-in-intervention, the undersigned wrongly assumed that the Government's complaint had been unsealed.

8.  Acting on this incorrect assumption, the undersigned issued a press release on May 10, 2024 that cited and linked the still-sealed complaint-in-intervention.

9.  Immediately upon being notified of the error by Government counsel, the undersigned contacted each recipient of the press release, alerting them that the Government's complaint was still under a court seal and instructing them not to publish, disseminate, or cite the complaint-in-intervention.

10. The undersigned are unaware of any press coverage of this case as of the date of the filing of this Notice.

11. On May 10, 2024 the Government filed a motion to unseal its complaint-in-intervention (D.E. 53).

12. The undersigned apologizes for this inadvertent breach of the seal.

Dated: May 13, 2024                           Respectfully Submitted

/s/ Jeffrey W. Dickstein
Jeffrey W. Dickstein
PHILLIPS & COHEN LLP
P.O. Box 398508
Miami Beach, FL 33239-8508
Tel: 305.372.5200
Bar No. 434892
jdickstein@phillipsandcohen.com

Amy L. Easton
PHILLIPS & COHEN LLP
2000 Massachusetts Ave NW
Washington, DC 20036
Tel: (202) 833-4567
aeaston@phillipsandcohen.com

Attorneys for *Qui Tam* Plaintiff-Relator
Amber Boone

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record. In addition, I served counsel for defendants via email.

/s/ Jeffrey W. Dickstein
Jeffrey W. Dickstein
Phillips & Cohen LLP

Counsel for Relator Amber Boone