UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA & STATE OF FLORIDA ex rel. AMBER BOONE,<br><br>Plaintiffs,<br><br>v.<br><br>ALL HEART PHARMACY INC., *et al.*,<br><br>Defendants. | Case No. 19-21402-CIV-MARTINEZ |

**GIRGIS DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Defendants Akram Girgis, Amgad Girgis, Med Care Pharmacy, Med Solutions, Family Pharmacy, PS Drugs, St. Simon Pharmacy, Health First Infusion, and Value Medical Supplies (together, the "Girgis Defendants"), hereby provide their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Scheduling Order, DE 99.

By making these disclosures, the Girgis Defendants do not represent that they are identifying every document, tangible thing, or witness possibly relevant to all issues that may eventually be raised in this lawsuit. Pursuant to Rule 26(a)(1) and other applicable Federal Rules of Civil Procedure, the Girgis Defendants are not disclosing documents or information protected by the attorney-client privilege or work-product immunity. The Girgis Defendants' disclosures represent a good faith effort to identify information they reasonably believe is required by Rule 26(a)(1). The Girgis Defendants may seek to depose individuals and entities and may seek information and documents not identified in these initial disclosures. Furthermore, these disclosures are not an admission by the Girgis Defendants regarding any matter.

The Girgis Defendants do not waive any right to object to the production of any document or tangible thing identified in these disclosures based on undue burden or other valid objections available to them. The Girgis Defendants' disclosures are also made without waiving: (1) the right to object on the ground of competency, privilege, relevancy and materiality, hearsay, or other proper ground; (2) the right to object to the use of any such information, for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action; and (3) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures. The disclosures set forth below are made subject to the above objections and qualifications. The Girgis Defendants reserve the right to amend these disclosures.

## Fed. R. Civ. P. 26(a)(1)(A)(i)

Pursuant to Rule 26(a)(1)(A)(i), and based on investigation to date, the Girgis Defendants believe that one or more of the individuals identified below may have discoverable information that the Girgis Defendants may use to support their defenses in this action. The list of individuals is preliminary and subject to change as the Girgis Defendants' investigation continues. Nothing herein should be construed as an admission that these individuals are witnesses in this action, nor should it be construed as an admission that there are any disputed facts that are material to the resolution of this case. The listed individuals may have discoverable information that the Girgis Defendants may use to support their defenses in this action; the subject matter of this discoverable information is the allegations made in the Complaint-in-Intervention, Dkt. No. 49, and the responses in the Girgis Defendants' Answer, Dkt. No. 102.

| Name | Contact Information (if known) |
| --- | --- |
| Akram Girgis | c/o the Girgis Defendants' counsel |

| Name | Contact Information (if known) |
|---|---|
| Amgad Girgis | c/o the Girgis Defendants' counsel |
| Nermeen Girgis | c/o the Girgis Defendants' counsel |
| Denise Girgis | c/o the Girgis Defendants' counsel |
| Sherine Bahna | Michael E. Dutko Sr., Esq.<br>DUTKO AND KROLL PA<br>633 S.E. Federal Hwy., 6th Floor<br>Fort Lauderdale, FL 33301<br>michael@dutkoandkroll.com |
| Mark Irving | c/o the Girgis Defendants' counsel |
| Amber Boone | Jeffrey W. Dickstein<br>PHILLIPS & COHEN, LLP<br>PO Box 398508<br>Miami Beach, FL 33239<br>Tel: (305) 372-5200<br>jdickstein@phillipsandcohen.com |
| Ed Senerote | |
| Rasha Youssef | |
| Former Employee #1, identified in ¶ 129 of the Complaint-in-Intervention, Dkt. No. 49 | |
| Former Employee #2, identified in ¶ 167 of the Complaint-in-Intervention, Dkt. No. 49 | |
| Former Employee #3, identified in ¶ 166 of the Complaint-in-Intervention, Dkt. No. 49 | |
| Dr. Wayne Campbell, identified in ¶ 184 of the Complaint-in-Intervention, Dkt. No. 49 | |
| Dr. David D. McCarther, identified in ¶ 189 of the Complaint-in-Intervention, Dkt. No. 49 | |
| Dr. Tarik Farrag, identified in ¶ 190 of the Complaint-in-Intervention, Dkt. No. 49 | |

| Name | Contact Information (if known) |
|---|---|
| Dr. Peter Jensen, identified in ¶ 197 of the Complaint-in-Intervention, Dkt. No. 49 | |

Additionally, the Girgis Defendants reserve the right to identify and call as witnesses any individual identified in any Party's Rule 26(a)(1) disclosures and any individual identified through discovery in this matter.

The Girgis Defendants expressly reserve the right to identify and call as witnesses additional persons if the Girgis Defendants learn during the course of discovery that such persons have knowledge of discoverable information that the Girgis Defendants may use to support their defenses.

### Fed. R. Civ. P. 26(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), the Girgis Defendants identify the following categories of documents, electronically stored information, and tangible things within their possession, custody, or control that they may use to support their defenses:

1. Any document, electronically stored information, or tangible thing identified in any Party's Rule 26(a)(1) disclosure.

2. Documents and electronically stored information relating to the operation of Family Pharmacy, Value Medical Supplies, Med Solutions, PS Drugs, St. Simon Pharmacy, George Pharmacy, Wellness Pharmacy, Southwest Community Pharmacy, and All Med Pharmacy.

3. Any document, electronically stored information, or tangible thing referenced in the Complaint-in-Intervention, Dkt. No. 49, or in the Girgis Defendants' Answer, Dkt. No. 102.

4. Any document, electronically stored information, or tangible thing produced by any Party in this matter or in relation to this matter.

Nothing herein should be construed as an admission that there are any disputed issues of fact that are material to the resolution of this case.

**Fed. R. Civ. P. 26(a)(1)(A)(iii)**

The Girgis Defendants are not seeking damages in this case.

**Fed. R. Civ. P. 26(a)(1)(A)(iv)**

The Girgis Defendants are not aware of any insurance agreement relevant to this case.

Dated: June 26, 2025

Respectfully submitted,

*/s/ Faith E. Gay*
Faith E. Gay (FBN 129593)
Joshua S. Margolin*
Corey Stoughton*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cstoughton@selendygay.com
*Counsel for Defendants Akram Girgis and Amgad Girgis*

*admitted *pro hac vice*

*/s/ Bruce A. Zimet*
Bruce A. Zimet, Esq.
BRUCE A. ZIMET, P.A.
1555 Palm Beach Lakes Boulevard, Suite 1400
WPB, FL 33401
baz@bruceazimetlaw.com
*Counsel for Defendants Amgad Girgis, Med Care Pharmacy, Inc., Family Pharmacy, LLC, and Value Medical Supplies, Inc.*

*/s/ Michael E. Dutko Sr.*
Michael E. Dutko Sr., Esq.
DUTKO AND KROLL PA
633 S.E. Federal Hwy., 6th Floor
Fort Lauderdale, FL 33301
michael@dutkoandkroll.com
*Counsel for Defendants Akram Girgis, Med Solutions Pharmacy, Inc., Goodman Drugs, Inc., d/b/a*

*PS Drugs, Maktina, LLC d/b/a St. Simon Pharmacy, and Health First Infusion, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Girgis Defendants' Initial Disclosures Pursuant to FRCP 26(a)(1) was served on all counsel of record by **CM/EFC** on June 26, 2025.

Dated: June 26, 2025

*/s/ Faith E. Gay*
Faith E. Gay (FBN 129593)
Joshua S. Margolin*
Corey Stoughton*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cstoughton@selendygay.com
*Counsel for Defendants Akram Girgis and Amgad Girgis*

*admitted *pro hac vice*

*/s/ Bruce A. Zimet*
Bruce A. Zimet, Esq.
BRUCE A. ZIMET, P.A.
1555 Palm Beach Lakes Boulevard, Suite 1400
WPB, FL 33401
baz@bruceazimetlaw.com
*Counsel for Defendants Amgad Girgis, Med-Care Pharmacy, Inc., Family Pharmacy, LLC, and Value Medical Supplies, Inc.*

*/s/ Michael E. Dutko Sr.*
Michael E. Dutko Sr., Esq.
DUTKO AND KROLL PA
633 S.E. Federal Hwy., 6th Floor
Fort Lauderdale, FL 33301
michael@dutkoandkroll.com

*Counsel for Defendants Akram Girgis, Med Solutions Pharmacy, Inc., Goodman Drugs, Inc., d/b/a PS Drugs, Maktina, LLC d/b/a St. Simon Pharmacy, and Health First Infusion, LLC*

## **SERVICE LIST**

Melissa Scott
Gabriel L. Imperato
NELSON MULLINS BROAD & CASEL
100 S.E. 3d Avenue, Suite 2700
Fort Lauderdale, Florida 33394
Tel: (954) 745-5223
melissa.scott@nelsonmullins.com
gabriel.imperato@nelsonmullins.com
*Counsel for Defendants All Heart Pharmacy Inc. and Rasha Shenoda*

Jeffrey W. Dickstein
PHILLIPS & COHEN, LLP
PO Box 398508
Miami Beach, FL 33239
Tel: (305) 372-5200
jdickstein@phillipsandcohen.com
*Counsel for Relator, Amber Boone*

Amy L. Easton, Esq.
PHILLIPS & COHEN, LLP
2000 Massachusetts Avenue NW
Washington, DC 20036
Tel: (202) 833-4567
aeaston@phillipsandcohen.com
*Counsel for Relator, Amber Boone*

Rosaline Chan, Esq.
Florida Bar No.: 1008816
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132
Tel: (305) 961-9335
Rosaline.Chan@usdoj.gov
*Attorneys for United States of America*

Matthew F. Vitale, Esq.
Florida Bar No.: 0098163
Medicaid Fraud Control Unit
Complex Civil Enforcement Bureau
1300 Riverplace Blvd.
Jacksonville, FL 32207
Tel: (904) 456-6492
Matthew.Vitale@myfloridalegal.com
*Attorneys for the State of Florida*