UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-21402-CIV

UNITED STATES OF AMERICA &
STATE OF FLORIDA
Ex rel. AMBER BOONE,

    Plaintiffs,

v.

ALL HEART PHARMACY INC.,
RASHA SHENODA, MED SOLUTIONS
PHARMACY, INC., MED-CARE PHARMACY,
A/K/A MED-CARE MEDICAL, INC.
AKRAM GIRGIS and AMGAD GIRGIS, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Please take notice that Roberto Martínez of the law firm of Colson Hicks Eidson hereby enters appearance as counsel for Defendants, Akram Giorgis and Amgad Girgis, in this action and designate the following email address for service of all documents required to be served in this proceeding.

| | |
|---|---|
| Primary Email Address: | bob@colson.com |
| Secondary Email Address: | becky@colson.com; eservice@colson.com |

Dated: October 22, 2025        Respectfully submitted,

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

        E-mail: eservice@colson.com

        By: s/ Roberto Martínez
           Roberto Martínez
           Florida Bar No. 305596
           Bob@colson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2025, I caused a copy of the foregoing to be filed electronically and served via ECF on all parties indicated on the electronic filing receipt.

        By: */s/ Roberto Martínez*
           Roberto Martínez