**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-21402-CIV-ALTONAGA**

UNITED STATES OF AMERICA &
STATE OF FLORIDA
ex rel. AMBER BOONE,
     Plaintiffs,

v.

ALL HEART PHARMACY INC.,
RASHA SHENODA, MED SOLUTIONS
PHARMACY, INC., MED-CARE PHARMACY,
A/K/A MED-CARE MEDICAL, INC., AKRAM
GIRGIS and AMGAD GIRGIS, et al.,

     Defendants.
_____/

### JOINT NOTICE OF REVISED PROPOSED SCHEDULING ORDER

Plaintiffs United States of America and the State of Florida (collectively, the "Government" or "Plaintiffs"), and Defendants, All Heart Pharmacy, Inc., Rasha Shenoda, Med Solutions Pharmacy, Inc., Med-Care Pharmacy aka Med-Care Medical, Inc., Family Pharmacy, LLC, Goodman Drugs, Inc. dba PS Drugs, Maktina LLC dba St. Simon Pharmacy, Health First Infusion, LLC, Value Medical Supplies, Inc., Akram Grigis, and Amgad Girgis (together with Plaintiffs, the "Parties") respectfully submit a revised proposed scheduling order.

On May 22, 2025, the Parties submitted a Local Rule 16.1 Joint Scheduling Report and Joint Proposed Scheduling Order ("Joint Scheduling Report"). ECF 104.  The Court has yet to enter a Scheduling Order.  This case is still at the threshold stage, with a pending motion for partial reconsideration of the Court's Order denying Defendants' Motions to Dismiss.  ECF 100.  The Plaintiffs have issued to Defendants Requests for Production of Documents.

The Parties agree that the proposed pretrial deadlines and the case schedule set forth in its Joint Scheduling Report should be revised given the pending Motion for Partial Reconsideration and the discovery that remains to be completed.  The Parties agree on a proposed modified schedule, which is set forth below.

| EVENT | CURRENT PROPOSED DEADLINE | REVISED PROPOSED DEADLINE |
|---|---|---|
| Fact Discovery shall be completed. | February 23, 2026 | May 22, 2026 |
| Parties shall exchange expert witness summaries or reports. | March 17, 2026 | June 17, 2026 |
| Parties shall exchange rebuttal expert reports | April 17, 2026 | July 17, 2026 |
| Expert discovery shall be completed. | May 15, 2026 | August 14, 2026 |
| Parties shall select a mediator. | May 15, 2026 | August 14, 2026 |
| Dispositive motions, including summary judgment and *Daubert*, shall be filed. | June 19, 2026. | September 18, 2026 |
| Parties shall complete mediation and file a mediation report. | August 3, 2026 | November 6, 2026 |

The Parties submit that this revised proposed schedule will achieve the goals of allowing them to comply with their respective discovery obligations, ensuring a complete factual record for expert disclosures and dispositive motions, and affording the parties reasonable time to prepare this case for trial. Additionally, the revised proposed schedule will not unduly delay the administration of this case, which—as noted—remains at the threshold stage with open pleadings.

A proposed Scheduling Order accompanies this Notice.

Respectfully Submitted,

| | |
|---|---|
| **JASON A. REDING QUIÑONES**<br>**UNITED STATES ATTORNEY**<br><br>**By:** __/s/ Rosaline Chan__<br>ROSALINE CHAN<br>Assistant United States Attorney<br>Fla. Bar No. 1008816<br>United States Attorney's Office<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>Telephone: (305) 961-9335<br>Facsimile: (305) 530-7139<br>Email: Rosaline.Chan@usdoj.gov<br><br>**BRETT A. SHUMATE**<br>**ASSISTANT ATTORNEY GENERAL**<br>**CIVIL DIVISION**<br>Andy J. Mao<br>A. Thomas Morris<br>Special Bar ID: A5503390<br>Senior Trial Counsel, Civil Division<br>P.O. Box 261, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 514-6314<br>Email: A.Thomas.Morris@usdoj.gov<br><br>*Attorneys for United States of America*<br><br>**JAMES UTHMEIER**<br>**Attorney General of the State of Florida**<br><br>/s/ Matthew F. Vitale<br>Matthew F. Vitale<br>Senior Assistant Attorney General<br>Fla. Bar No. 0098163<br>Medicaid Fraud Control Unit<br>Complex Civil Enforcement Bureau<br>1300 Riverplace Blvd.<br>Jacksonville, Florida 32207<br>Tel: (904) 348-2724<br>Email: Mattew.Vitale@myfloridalegal.com<br><br>*Attorneys for the State of Florida* | **By:** __/Roberto Martinez__<br>Roberto Martinez<br>Fla. Bar No. 305596<br>Aziza F. Elayan<br>Fla. Bar No. 92736<br>COLSON HICKS EIDSON, P.A.<br>806 S. Douglas Rd., Ste 120<br>Coral Gables, Florida 33134<br>Tel: (305) 476-7400<br>Email: bob@colson.com<br>Email: Aziza@colson.com<br>*Attorneys for Akram Girgis*<br><br>**By:** __/Joan Silverstein__<br>Joan Silverstein<br>Fla. Bar No. 997330<br>Daniel S. Gelber<br>Fla. Bar No. 512877<br>Shane Grannum<br>Fla. Bar No. 1055050<br>GELBER SCHACTER & GREENBERG, P.A.<br>One Southeast Third Ave, Suite 2600<br>Miami, Florida 33131<br>Telephone: (305) 728-0950<br>Email: jsilverstein@gsgpa.com<br>Email: dan@gsgpa.com<br>Email: sgrannum@gsgpa.com<br>*Attorneys for Amgad Girgis*<br><br>**By:** __/Bruce Zimet__<br>Bruce A. Zimet, Esq.<br>BRUCE A ZIMET, P.A.<br>1555 Palm Beach Lakes Blvd., Ste 1400<br>West Palm Beach, FL 33401<br>baz@brucezimetlaw.com<br>*Attorney for Med-Care Pharmacy, Inc., Family Pharmacy, LLC, and Value Medical Supplies, Inc.*<br><br>**By:** __/Michael E. Dutko__<br>Michael E. Dutko<br>DUTKO AND KROLL PA<br>633 S.E. Federal Hwy, 6th Floor<br>Fort Lauderdale, FL 33301 |

|  | michael@dutkoandkroll.com<br>*Attorney for Med Solutions Pharmacy, Inc., Goodman Drugs, Inc. dba PS Drugs, Maktina, LLC dba St. Simon Pharmacy, and Health First Infusion, LLC*<br><br>**By: _/Melissa Gibson_____**<br>Gabriel L. Imperato<br>Fla. Bar No. 623652<br>Melissa Gibson<br>Fla. Bar No. 101023<br>NELSON MULLINS RILEY & SCARBOROUGH, LLP<br>One Financial Plaza<br>100 SE 3rd Avenue, Suite 2700<br>Fort Lauderdale, Florida 33394<br>Tel: (954) 745-5251<br>*Attorneys for All Heart Pharmacy, Inc. and Rasha Shenoda* |
|---|---|

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-21402-CIV-ALTONAGA**

UNITED STATES OF AMERICA &
STATE OF FLORIDA
ex rel. AMBER BOONE,
  Plaintiffs,

v.

ALL HEART PHARMACY INC.,
RASHA SHENODA, MED SOLUTIONS
PHARMACY, INC., MED-CARE PHARMACY,
A/K/A MED-CARE MEDICAL, INC., AKRAM
GIRGIS and AMGAD GIRGIS, et al.,

  Defendants.

_____/

**[PROPOSED] <u>SCHEDULING ORDER</u>**

THIS CAUSE having come before the Court on Joint Conference Report filed by the Parties pursuant to Local Rule 16.1 for the Southern District of Florida and the Notice of Revised Proposed Scheduling Order, and the Court being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. This case shall be assigned to the complex case management track pursuant to Local Rule 16.1(a)(2)(C).

2. The Parties shall file all motions to amend the pleadings or join parties by [July 15, 2025].

3. The Parties shall furnish their initial disclosures by [June 26, 2025]. The Parties are under a continuing obligation to furnish supplements upon receipt or other notice of new or revised information.

4. Fact discovery shall be completed by [

5. Parties shall exchange expert witness summaries or reports, as required by Federal Rule of Civil Procedure 26(a)(2), by [ ].

6. Parties shall exchange rebuttal expert witness summaries or reports by [ ].

7. Expert discovery shall be completed by [ ].

8. Dispositive motions, including summary judgment and *Daubert*, shall be filed by [ ].

9. The Parties shall select a mediator by [ ] and complete mediation and file a mediation report by [ ].

10. All pre-trial motions shall be filed by [2 months before Trial Date].

11. A final pre-trial conference shall be held on [at least 1 month before trial date]. The Court will reserve time at the final pre-trial conference to hear any pending motions.

12. The trial of this case shall commence [60 days following a decision on dispositive motions].

**DONE AND ORDERED** in Chambers in Miami, Florida this _____ day of _____, 202_.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE


cc: all counsel of record