UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21402-CIV-ALTONAGA/Reid

UNITED STATES OF AMERICA & STATE
OF FLORIDA *ex rel.* AMBER BOONE,

      Plaintiffs,

v.

ALL HEART PHARMACY INC.; *et al.*,

      Defendants.

_____/

### ORDER REQUIRING
### CERTIFICATES OF INTERESTED PARTIES[1]

By **May 14, 2026**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.  Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

      **DONE AND ORDERED** in Miami, Florida, this 30th day of April, 2026.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record

---

[1] The parties must not include Chief Judge Altonaga and U.S. Magistrate Judge Reid as interested parties unless they have an interest in the litigation.