**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 19-21402-CIV-ALTONAGA/REID**

UNITED STATES OF AMERICA, *et al.*,

 Plaintiffs,

v.

ALL HEART PHARMACY INC., *et al.*,

 Defendants.

_____/

**DEFENDANT HEALTH FIRST INFUSION, LLC'S CERTIFICATE OF <u>INTERESTED</u> <u>PARTIES AND CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Health First Infusion, LLC hereby submits its Certificate of Interested Parties and Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order Requiring Certificates of Interested Parties (D.E. 133), as follows:

**A. List of Persons, Associated Persons, Firms, Partnerships, Or Corporations That Have a Financial Interest in the Outcome of This Case, Including Subsidiaries, Conglomerates, Affiliates, Parent Corporations, and Other Identifiable Legal Entities Related to the Party.**

 1. United States of America (Plaintiff)

 2. State of Florida (Plaintiff)

 3. Amber Boone (Relator)

 4. Rosaline Chan (Counsel for the United States of America)

 5. Albert Thomas Morris (Counsel for the United States of America)

 6. Elizabeth J. Kappakas (Counsel for the United States of America)

 7. Matthew F. Vitale (Counsel for the State of Florida)

8.      Phillips and Cohen LLP (Counsel for Relator Amber Boone)

9.      Jeffrey Wynn Dickstein (Counsel for Relator Amber Boone)

10.     Akram Girgis (Defendant)

11.     Amgad Girgis (Defendant)

12.     Med-Care Pharmacy, Inc. (Defendant)

13.     Family Pharmacy, LLC (Defendant)

14.     Value Medical Supplies, Inc. (Defendant)

15.     Med Solutions Pharmacy, Inc. (Defendant)

16.     Goodman Drugs, Inc., d/b/a PS Drugs (Defendant)

17.     Maktina, LLC d/b/a St. Simon Pharmacy (Defendant)

18.     Health First Infusion, LLC (Defendant)

19.     All Heart Pharmacy, Inc. (Defendant)

20.     Rasha Shenoda (Defendant)

21.     Sherine Bahna

22.     Nermeen Girgis

23.     Denise Girgis

24.     Colson Hicks Eidson (Counsel for Defendant Akram Girgis)

25.     Roberto Martínez (Counsel for Defendant Akram Girgis)

26.     Aziza F. Elayan (Counsel for Defendant Akram Girgis)

27.     Gelber Schachter & Greenberg, P.A. (Counsel for Amgad Girgis)

28.     Dan Gelber (Counsel for Defendant Amgad Girgis)

29.     Joan Silverstein (Counsel for Defendant Amgad Girgis)

30.     Shane Grannum (Counsel for Defendant Amgad Girgis)

31.     Andres E. Chinchilla (Counsel for Defendant Amgad Girgis)

32.     Reiling Law Firm, PC (Counsel for Defendant Amgad Girgis)

33.     Jarred L. Reiling (Counsel for Defendant Amgad Girgis)

34.     Dutko and Kroll, P.A. (Counsel for Defendants Akram Girgis, Med Solutions Pharmacy, Inc., Goodman Drugs, Inc., d/b/a PS Drugs, Maktina, LLC d/b/a St. Simon Pharmacy, and Health First Infusion, LLC)

35.     Michael E. Dutko, Sr. (Counsel for Defendants Akram Girgis, Med Solutions Pharmacy, Inc., Goodman Drugs, Inc., d/b/a PS Drugs, Maktina, LLC d/b/a St. Simon Pharmacy, and Health First Infusion, LLC)

36.     Bruce A. Zimet, P.A. (Counsel for Defendants Amgad Girgis, Med-Care Pharmacy, Inc., Family Pharmacy, LLC, and Value Medical Supplies, Inc.)

37.     Bruce A. Zimet (Counsel for Defendants Amgad Girgis, Med-Care Pharmacy, Inc., Family Pharmacy, LLC, and Value Medical Supplies, Inc.)

38.     Nelson Mullins Broad and Cassel (Counsel for Defendants All Heart Pharmacy, Inc. and Rasha Shenoda)

39.     Melissa Jane Gibson (Counsel for Defendants All Heart Pharmacy, Inc. and Rasha Shenoda)

40.     Gabriel L. Imperato (Counsel for Defendants All Heart Pharmacy, Inc. and Rasha Shenoda)

**B.      Corporate Disclosure Statement.**

Defendant Health First Infusion, LLC is a Florida limited liability that was administratively dissolved on or about September 22, 2023. At that time, it had no parent corporation, and no publicly held corporation held ten percent or more of its membership interests.

Dated: May 14, 2026.                    Respectfully submitted,

By: /s/ *Michael E. Dutko*
     Michael E. Dutko
     Florida Bar No.: 434957
     michael@dutkoandkroll.com
     DUTKO AND KROLL, PA
     633 S.E. Federal Hwy., 6th Floor
     Fort Lauderdale, FL 33301

Tel.: 954-595-3900
Fax: 954-764-5040
E-service: kim@dutkoandkroll.com

*Counsel for Defendant Health First
Infusion, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 14, 2026, a true and correct copy of the foregoing was

served on all counsel of record via the email addresses listed on the Court's CM/ECF filing system.

By: /s/ *Michael E. Dutko*
Michael E. Dutko

4