**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-21402-CIV-ALTONAGA/REID**

UNITED STATES OF AMERICA
*ex rel.* AMBER BOONE,

      Plaintiffs,

v.

ALL HEART PHARMACY INC., *et al.*,

      Defendants.

_____/

## <u>JOINT NOTICE OF SETTLEMENT IN PRINCIPLE</u>

Plaintiff United States of America (the "United States") and Defendants Akram Girgis, Amgad Girgis, Med Solutions Pharmacy, Inc., Med-Care Pharmacy, Inc., Family Pharmacy, LLC, Goodman Drugs, Inc. d/b/a PS Drugs, Maktina LLC d/b/a St. Simon Pharmacy, Health First Infusion, LLC, and Value Medical Supplies, Inc. (collectively, the "Girgis Defendants," and together with the United States, the "Parties"), by and through undersigned counsel, hereby notify this Honorable Court that the Parties have reached a settlement-in-principle to resolve this action. The Parties respectfully request that the Court stay all pending deadlines and hearings as to the Girgis Defendants for ninety (90) days, specifically until Monday, November 9, 2026, to allow the United States of America to obtain all necessary government approvals and for the Parties to address outstanding terms and memorialize and execute a settlement agreement.

Dated: August 10, 2026

**JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY**

By: */s/* **Rosaline Chan**
ROSALINE CHAN
Assistant United States Attorney
Fla. Bar No. 1008816
United States Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
Telephone: (305) 961-9335
Facsimile: (305) 530-7139
Email: Rosaline.Chan@usdoj.gov

**BRETT A. SHUMATE
ASSISTANT ATTORNEY GENERAL
CIVIL DIVISION**
ANDY J. MAO
ELIZABETH J. KAPPAKAS
Special Bar ID: A5503512
Senior Trial Counsel, Civil Division
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-6314
Email: Elizabeth.J.Kappakas@usdoj.gov

*Counsel for Plaintiff United States of America*

Respectfully submitted,

*/s/* **Joan Silverstein**
JOAN SILVERSTEIN
Florida Bar No. 997330
jsilverstein@gsgpa.com
DANIEL S. GELBER
Florida Bar No. 512877
dan@gsgpa.com
SHANE GRANNUM
Florida Bar No. 1055050
sgrannum@gsgpa.com
ANDRES E. CHINCHILLA
Florida Bar No. 1038545
achinchilla@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Counsel for Defendant Amgad Girgis, Med-Care Pharmacy, Inc., Family Pharmacy, LLC, and Value Medical Supplies, Inc.*

*/s/* **Roberto Martinez**
ROBERTO MARTINEZ
Florida Bar No. 305596
bob@colson.com
CURTIS B. MINER
Florida Bar No. 885681
curt@colson.com
AZIZA F. ELAYAN
Florida Bar No. 92736
aziza@colson.com
COLSON HICKS EIDSON, P.A.
806 S. Douglas Rd., Suite 1200
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

*Counsel for Defendant Akram Girgis, Maktina LLC d/b/a St. Simon Pharmacy, and Health First Infusion, LLC*

2

*/s/* **Samuel J. Rabin, Jr.**
SAMUEL J. RABIN, JR.
Florida Bar No. 273831
sjr@miamilawyer.com
ANDREA C. LOPEZ
Florida Bar No. 109512
andrea@miamilawyer.com
RABIN & LOPEZ, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 358-1064
Fax: (305) 372-1644

*Counsel for Defendants Med Solutions Pharmacy, Inc. and Goodman Drugs, Inc. d/b/a PS Drugs*

3